No. 00–5024. BAYON v. STATE UNIVERSITY OF NEW YORK AT BUFFALO ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–5025. M. G., A JUVENILE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5026. JOHNSON v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5027. MARKS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5028. JONES v. HUTCHINSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5030. PAGE-SIMS v. TSW FOODS, INC., DBA POPEYE'S. C. A. 11th Cir. Certiorari denied.

No. 00–5031. SMITH v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5032. ANDERSON v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 00–5033. RILEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5034. PIERCE v. NEW HAMPSHIRE. C. A. 1st Cir. Certiorari denied.

No. 00–5035. MIKKILINENI v. CITY OF HOUSTON ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–5036. MEDLOCK v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–5038. TERRY v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 00–5039. WEBBER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5040. ATRAQCHI ET UX. v. FRED A. SMITH CO. ET AL. C. A. D. C. Cir. Certiorari denied.